AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHRISTOPHER ALLEN LARKIN HILL,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV219-42

ATTORNEY GENERAL FOR THE STATE OF GEORGIA;
ATTORNEY GARNETT HARRISON; CHRISTOPHER
CARR, Attorney General of the State of Georgia;
ATTORNEY JACQUELINE FORTIER,

    Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 15th day of June 2020, ADOPTING the Magistrate Judge's Report and Recommendations, DISMISSING Hill's § 2254 Petition, DENYING as moot all other pending Motions, and DENYING Hill leave to appeal in forma pauperis and a Certificate of Appealability. This case stands closed.

Approved by: _/s/_
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: July 27, 2020

John E. Triplett, Acting Clerk
Clerk

_Candy Asbell_
(By) Deputy Clerk

GAS Rev 10/1/03